UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN GORDON,

    Petitioner,                                       Civil Action No.12-CV-15562

v.                                               HON. BERNARD A. FRIEDMAN

LINDA SANDERS,

    Respondent.
_____/

### ORDER DENYING AS MOOT PETITIONER'S "MOTION IN RESPONSE TO ORDER"

This matter is presently before the Court on petitioner's "motion . . . in response to order" [docket entry 7], which petitioner filed in response to the court's order requiring him to either pay the filing fee or file a motion to leave to proceed *in forma pauperis*. This motion is denied as moot, as the filing fee as since been paid. *See* docket entries dated 1-22-13.

SO ORDERED.


Dated: February 12, 2013          s/Bernard A. Friedman
                                                BERNARD A. FRIEDMAN
                                                SENIOR UNITED STATES DISTRICT JUDGE